UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR618-014 |
| | ) | |
| JOHN TIMOTHY COLLINS | ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Samuel G. Oliver** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Samuel G. Oliver** be granted leave of absence for the following periods: **September 24, 2018 through October 10, 2018 and November 19, 2018 through November 27, 2018.**

This ___ day of September, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA